**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KENNETH WILLIAMS, | : | |
| Plaintiff, | : | Notice of Removal from the Circuit Court of Maryland for Baltimore City |
| v. | : | Case No.: 24-C-20-004122 OT |
| NPC QUALITY BURGERS, INC. | : | |
| Defendant. | : | |

**PETITION FOR REMOVAL**

Pursuant to 28 U.S.C. §1441(a), the Petitioner, NPC Quality Burgers, Inc., by and through its counsel, Robert G. McGinley and The Law Offices of Robert G. McGinley, P.C., respectively requests the removal of the above-captioned matter to this Honorable Court from The Circuit Court of Maryland for Baltimore City, and as grounds therefor, states:

1.  As set forth more fully below, removal is appropriate as this is a civil action wherein complete diversity exists and the actual amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

2.  At all times relevant to this action, Petitioner/Defendant, NPC Quality Burgers, Inc.'s principal place of business was and continues to be in Kansas where it was incorporated. Upon information and belief, Plaintiff, Kenneth Williams, resided and continues to reside in the State of Maryland.

3.  There are no additional proper Parties for whom consent is required for removal under 28 U.S.C. §1446(b)(2)(A).

4. This Petition for Removal is filed within thirty (30) days from Petitioner's first notice of Plaintiff's lawsuit, and is therefore timely pursuant to 28 U.S.C. §1446(b). Specifically, on September 29, 2020, Plaintiff filed a Complaint in the Circuit Court of Maryland for Baltimore City. A copy of Plaintiff's Complaint is attached hereto as Exhibit A.

5. Pursuant to the Maryland Rules of Civil Procedure, Petitioner has filed an Answer to Plaintiff's Complaint and Notice of Removal with the Circuit Court of Maryland for Baltimore City. Copies of Petitioner's Answer and Notice of Removal are attached hereto as Exhibit B and are incorporated herein by reference.

6. Concurrent with the filing of this Petition, Petitioner presents payment amount of $400.00 for the filing fee as required by law.

WHEREFORE, Petitioner respectfully requests to remove this action from the Circuit Court of Maryland for Baltimore City to the United States District Court for the District of Maryland.

>Respectfully submitted,
>THE LAW OFFICES OF ROBERT G. McGINLEY, P.C.
>
>*/S/ Robert G. McGinley*
>Robert G. McGinley, 04642
>17251 Melford Boulevard
>Suite 200
>Bowie, MD  20715
>301/233-4871
>RMcginley@mcginleylaw.net
>Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was sent via electronic and regular mail, postage prepaid, this 21st day of September, 2020, to:

Thomas C. Costello, Esq.
Matthew T. Holley, Esq.
Costello Law Group
409 Washington Avenue
Suite 410
Towson, MD 21204
Counsel for Plaintiff

                          */S/ Robert G. McGinley*
                          Robert G. McGinley 04642