IN THE CIRCUIT COURT
FOR BALTIMORE CITY, MARYLAND

2020 SEP 29 PM 2: 13

CIVIL DIVISION

KENNETH WILLIAMS )
4300 Wilkens Avenue )
Baltimore, Maryland 21229 )
)
)
Plaintiff, )
)
vs. ) Case No. _____
)
NPC QUALITY BURGERS, INC. )
7300 W. 129th Street )
Overland Park, Kansas 66213 )
)
SERVE ON: )
The Corporation Trust Incorporated )
2405 York Road )
Suite 201 )
Lutherville Timonium, Maryland 21093 )
)
Defendant. )
)

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Kenneth Williams, by undersigned counsel, hereby files this Complaint against NPC Quality Burgers, Inc., Defendant herein, and alleges as follows:

### I. JURISDICTION AND VENUE

1. Plaintiff invokes the jurisdiction of this Court pursuant to Md. Code Ann., Cts. and Jud. Proc. Article, § 6-101 et seq.

2. Venue is proper in this Court pursuant to Md. Code Ann., Cts. & Jud. Proc. Article, §§ 6-201 and 6-202.

3. The amount in controversy herein exceeds the sum of $30,000.00, exclusive of interest and costs.

## II. PARTIES

4. Kenneth Williams ("Williams") is a citizen of the State of Maryland with a residence in Baltimore County located at 4300 Wilkens Avenue, Baltimore, Maryland 21229.

5. NPC Quality Burgers, Inc. ("NPC") is a Kansas based company with its principal place of business located at 7300 W. 129th Street, Overland Park, Kansas 66213. At all times relevant to this Complaint, NPC was the owner and operator of the Wendy's restaurant located at the property known as 6411 Eastern Avenue, Baltimore, Maryland 21224.

## III. FACTS COMMON TO ALL COUNTS

6. On or about March 31, 2019, Williams was a patron at the Wendy's restaurant located at 6411 Eastern Avenue, Baltimore, Maryland 21224 ("Premises").

7. As Williams exited the Premises and proceeded down the sidewalk towards the parking lot located on the Premises, he tripped over an unmarked piece of metal landscaping edging causing Williams to trip and fall to the ground. As a result of the fall, Williams sustained profound and painful injuries to his knee, leg, and body. As a result of the injuries sustained, Williams was forced to incur substantial medical bills and miss time from work.

As of the date of the filing of this Complaint, Williams is still experiencing periodic pain and discomfort as result of the injuries he sustained on March 31, 2019 and may be in need of future medical care.

8.  At all times prior to his fall, Williams maintained a proper and vigilant outlook as he proceeded down the sidewalk located on the Premises, and his actions in no way contributed to his fall. To the contrary, Williams' injuries were solely the result of the unreasonable acts and omissions of Defendant, NPC.

9.  Prior to this accident, NPC had knowledge and notice that (1) the unmarked metal landscaping edging which caused Williams to trip and fall constituted a hazardous condition; and (2) no adequate warnings were posted to alert invitees, like Williams, of the dangerous condition of the unmarked piece of landscaping edging.

### COUNT I
### (Negligence)

10. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-9.

11. NPC, at all times material to this Complaint, was in exclusive possession, custody and control of the Wendy's restaurant located at 6411 Eastern Avenue, Baltimore, Maryland 21224. As such, NPC owed a duty to Williams, and all patrons who were lawfully on the premises, to (1) divert Williams, and all

3

pedestrians lawfully on the premises, away from those portions of the sidewalk that created a hazardous condition; (2) provide safe walkways to enter and exit to the Wendy's located on the Premises; (3) properly maintain the sidewalk in a manner suitable for pedestrian traffic; and/or (4) warn Williams, and all pedestrians lawfully on the premises, of the dangerous condition located on the sidewalk.

12. On or about March 31, 2019, NPC breached the duties of care it owed to Williams by failing to (1) divert him from the portion of the sidewalk where he fell; (2) provide safe walkways to enter and exit to the Wendy's located on the Premises; (3) maintain the sidewalk in a manner that was suitable for pedestrian traffic; and/or (4) warn Williams, and other pedestrians lawfully on the Premises, of the dangerous condition of the unmarked piece of landscaping edging of which it knew or should have known existed as of the time of Williams' fall.

13. As a result of NPC's breaches of the duties of care owed to Williams, Williams sustained substantial damages.

WHEREFORE, Plaintiff, Kenneth Williams, prays that the Court enter judgment in his favor and against Defendant, NPC Quality Burgers, Inc., for compensatory damages in the amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

Respectfully submitted,

Thomas C. Costello, #9412430142
Matthew T. Holley, #1306190131
tcc@costellolawgroup.com
mth@costellolawgroup.com
Costello Law Group
409 Washington Avenue
Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Kenneth Williams

**JURY TRIAL DEMANDED**

Plaintiffs hereby demand and request that all claims, actions and causes of action set forth herein be tried before a jury.

Matthew T. Holley