IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Kenneth Williams<br>    Plaintiff | * | |
| | * | |
| vs. | | Civil Action No.   SAG-20-3063 |
| | * | |
| NPC Quality Burgers, Inc.<br>    Defendant | * | |

******

**ORDER**

Defendant having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 7th day of December 2020,

ORDERED that this action be administratively closed without prejudice to the right of plaintiff to move to reopen this action for good cause shown.

/s/
Stephanie A. Gallagher
United States District Judge